# United States Court of Appeals
## For the Eighth Circuit

———————————————————

No. 24-2600

———————————————————

United States of America

*Plaintiff - Appellee*

v.

Aki Awou, also known as Ainangkung Awou

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Northern District of Iowa - Western

——————————

Submitted: March 14, 2025
Filed: March 19, 2025
[Unpublished]

——————————

Before GRUENDER, SHEPHERD, and STRAS, Circuit Judges.

——————————

PER CURIAM.

Aki Awou appeals after a jury found him guilty of drug offenses, and the district court[1] imposed an above-Guidelines sentence. His counsel has moved for

———————————————————

[1]The Honorable Leonard T. Strand, United States District Judge for the Northern District of Iowa.

leave to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the district court's denial of Awou's motion to suppress, the timing of the district court's reading of the jury instructions, and the substantive reasonableness of the sentence.

After careful review, we conclude that the court did not err in denying Awou's motion to suppress, as any errors in the warrants were technical, and Awou failed to show that any errors were made deliberately or with reckless disregard for procedure, or that the warrants lacked probable cause but-for the errors. *See United States v. Turner*, 781 F.3d 374, 381 (8th Cir. 2015) (standard of review); *United States v. Timley*, 443 F.3d 615, 624-25 (8th Cir. 2006); *United States v. White*, 356 F.3d 865, 868-69 (8th Cir. 2004). We reject Awou's jury-instruction argument because he has not shown that he was prejudiced by the district court's timing in reading the jury instructions. *See United States v. Tovar*, 569 Fed. Appx. 478, 480-81 (8th Cir. 2014) (unpublished per curiam) (prejudice requirement). Finally, we conclude that the district court did not abuse its discretion in sentencing Awou. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (standard of review); *see also United States v. Mangum*, 625 F.3d 466, 469-70 (8th Cir. 2010) (finding that an upward variance was reasonable where the court made an individualized assessment based on the facts presented).

We have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel leave to withdraw.

_____